UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Honeywell International Inc.,<br><br>*Plaintiff*,<br>v.<br>Buckeye Partners, L.P., Buckeye GP LLC, Buckeye Pipe Line Company, L.P., and Buckeye Pipe Line Holdings, L.P.,<br>*Defendants.* | |
| Buckeye Partners, L.P., Buckeye GP LLC, Buckeye Pipe Line Company, L.P., and Buckeye Pipe Line Holdings, L.P.,<br><br>*Third-Party Plaintiffs*,<br>v.<br>YAD Associates, Inc.; Pyramid Company of Onondaga, Robert J. Congel. and Bruce A. Keenan,<br><br>*Third-Party Defendants.* | **Civil Action No. 5:18-CV-0646 (FJS/ML)** |
| Buckeye Partners, L.P., Buckeye GP LLC, Buckeye Pipe Line Company, L.P., and Buckeye Pipe Line Holdings, L.P.,<br>*Third-Party Plaintiffs*,<br>v.<br>Atlantic Richfield Company, Citgo Petroleum Corporation, Chevron Corporation, Chevron U.S.A. Inc., Kinder Morgan, Inc., ExxonMobil Oil Corporation, Exxon Mobil Corporation, Hess Corporation, Shell Oil Company, Sunoco (R&M), LLC, Sun Pipe Line Company, LLC, Texaco, Inc., TRMI-H LLC,<br><br>*Third-Party Defendants.* | |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To:   **Atlantic Richfield Company**
       **501 Westlake Park Boulevard**
       **Houston, Texas 77079**

      c/o    The Corporation Trust Company
             Corporation Trust Center 1209 Orange Street
             Wilmington, Delaware 19801

A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    John G. Powers, Esq.
    Hancock Estabrook LLP
    1500 AXA Tower I
    100 Madison St.
    Syracuse, NY 13202
    jpowers@hancocklaw.com

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Brian Israel, Esq.
    Arnold & Porter Kaye Scholer LLP
    601 Massachusetts Avenue, NW
    Washington, DC 20001
    brian.israel@arnoldporter.com

It must also be served on the existing third-party defendants or existing third-party defendants' attorney whose name and address is:

    Kevin Murphy, Esq.
    Wladis Law Firm
    6312 Fly Road
    East Syracuse, New York 13057
    KMurphy@WladisLawFirm.Com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                        *CLERK OF COURT*

Date: _____                           _____

                                                        *Signature of Clerk or Deputy Clerk*