# Arnold&Porter

**Tyler L. Burgess**
+1 202.942.5505 Direct
Tyler.Burgess@arnoldporter.com

July 24, 2024

<u>VIA ECF</u>

Hon. Miroslav Lovric
U.S. Magistrate Judge
U.S. District Court
Northern District of New York
Binghamton U.S. Courthouse
15 Henry St.
Binghamton, NY 13901

> Re:    ***Honeywell Int'l Inc. v. Buckeye Partners, L.P. et al.***, No. 5:18-cv-00646-
> FJS-ML; ***Honeywell Int'l Inc. v. Energy Transfer (R&M), LLC et al.***,
> No. 5:18-cv-01176-FJS-ML (*consolidated*)

Dear Judge Lovric,

Pursuant to the Court's June 10, 2024 Text Order, ECF No. 408, Honeywell International Inc. ("Honeywell") and Energy Transfer (R&M), LLC and ETC Sunoco Holdings LLC, (collectively, "Sunoco Defendants") (together with Honeywell, "the Parties"), provide the following report:

Since the Parties' last report on May 28, 2024, Honeywell served nine document production volumes comprising 510,137 documents.  Further, the Parties are proceeding apace with discovery, including depositions.  The Parties continue to work cooperatively and have met and conferred to schedule depositions and resolve discovery issues.

Sunoco Defendants report that they completed sampling at SYW-12 in early June. Honeywell has provided Sunoco Defendants with the analytical data results from their split samples; the Parties are awaiting the results from the laboratory from Sunoco's samples.

Sunoco Defendants consented to my filing this status report on their behalf.

Sincerely,

*/s/ Tyler L. Burgess*
Tyler L. Burgess
ARNOLD & PORTER KAYE SCHOLER LLP

**Arnold&Porter**

Hon. Miroslav Lovric
July 24, 2024
Page 2

Brian D. Israel
Daniel A. Cantor
Tyler L. Burgess
Seth M. Engel
Brian.Israel@arnoldporter.com
Daniel.Cantor@arnoldporter.com
Tyler.Burgess@arnoldporter.com
Seth.Engel@arnoldporter.com
(202) 942-6546 (Israel)
(202) 942-5765 (Cantor)
(202) 942-5505 (Burgess)
(202) 942-6135 (Engel)

*Counsel for Plaintiff Honeywell International Inc.*