# Arnold & Porter

Tyler L. Burgess
+1 202.942.5505 Direct
Tyler.Burgess@arnoldporter.com

October 7, 2024

**VIA ECF**

Hon. Miroslav Lovric
U.S. Magistrate Judge
U.S. District Court
Northern District of New York
Binghamton U.S. Courthouse
15 Henry St.
Binghamton, NY 13901

      Re:    *Honeywell Int'l Inc. v. Buckeye Partners, L.P. et al.*, **No. 5:18-cv-00646-FJS-ML;** *Honeywell Int'l Inc. v. Energy Transfer (R&M), LLC et al.*, **No. 5:18-cv-01176-FJS-ML (***consolidated***)**

Dear Judge Lovric,

    Pursuant to the Court's July 25, 2024 Text Order, ECF No. 423, Honeywell International Inc. ("Honeywell") and Energy Transfer (R&M), LLC and ETC Sunoco Holdings LLC, (collectively, "Sunoco Defendants") (together with Honeywell, "the Parties"), provide the following report:

    Since the Parties' last report on July 24, 2024, Honeywell has served its affirmative expert reports. Sunoco Defendants will serve their responsive expert reports on October 9, 2024. Sunoco Defendants report that they provided Honeywell with the analytical data results from their sampling at SYW-12 in early June. Further, the Parties have conducted several depositions and continue to work cooperatively to schedule depositions and work through discovery issues.

    Sunoco Defendants consented to my filing this status report on their behalf.

                                          Sincerely,

                                          */s/ Tyler L. Burgess*
                                          Tyler L. Burgess
                                          ARNOLD & PORTER KAYE SCHOLER LLP
                                          Daniel A. Cantor

# Arnold & Porter

Hon. Miroslav Lovric
October 7, 2024
Page 2

                                                    Tyler L. Burgess
                                                    Seth M. Engel
                                                    Daniel.Cantor@arnoldporter.com
                                                    Tyler.Burgess@arnoldporter.com
                                                    Seth.Engel@arnoldporter.com
                                                    (202) 942-5765 (Cantor)
                                                    (202) 942-5505 (Burgess)
                                                    (202) 942-6135 (Engel)

*Counsel for Plaintiff Honeywell International Inc.*