# Arnold & Porter

**Daniel A. Cantor**
+1 202.942.5765 Direct
Daniel.Cantor@arnoldporter.com

November 7, 2024

**VIA ECF**

Hon. Miroslav Lovric
U.S. Magistrate Judge
U.S. District Court
Northern District of New York
Binghamton U.S. Courthouse
15 Henry St.
Binghamton, NY 13901

> Re: *Honeywell Int'l Inc. v. Buckeye Partners, L.P. et al.*, Case No. 5:18-cv-00646-FJS-ML; *Honeywell Int'l Inc. v. Energy Transfer (R&M), LLC*, No. 5:18-CV-1176 (FJS/ML); *Honeywell Int'l Inc. v. CITGO Petroleum Corp.*, No. 5:19-CV-1219 (FJS/ML) (*consolidated*)

Dear Judge Lovric,

On February 2, 2024, your Honor entered a Text Order setting forth deadlines. ECF No. 378. Under that Text Order, the deadline for Honeywell International Inc. ("Honeywell") to serve its Rebuttal Expert Reports is November 8, 2024.

Dr. Damian Shea, one of Honeywell's experts, is experiencing a family medical emergency. Specifically, his mother is undergoing emergency surgery today, and Dr. Shea is understandably attending to his mother. We have discussed this matter with counsel for Sunoco, who kindly indicated that Sunoco does not oppose a one-week extension for Dr. Shea to serve his rebuttal report. All other experts will serve their reports in accordance with the original deadline, and the proposed one-week extension for Dr. Shea will not impact the overall schedule.

Accordingly, Honeywell respectfully requests a one-week extension to November 15, 2024, to serve Dr. Shea's Rebuttal Expert Report.

Arnold & Porter

November 7, 2024
Page 2

      We thank you in advance for your consideration of Honeywell's request.

                              Sincerely,

                              */s/ Daniel A. Cantor*
                              Daniel A. Cantor