UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>SUNOCO (R&M), LLC, SUNOCO, INC., ATLANTIC REFINING & MARKETING, LLC, and SUN PIPE LINE COMPANY, LLC,<br><br>*Defendants.* | **REPORT OF MANDATORY MEDIATION**<br><br>Civil Action No.: 5:18-CV-0646 (FJS/ML)<br><br>Civil Action No. 5:18-CV-01176 (FJS/ML) (*Consolidated*) |
| ENERGY TRANSFER (R&M), LLC, and ETC SUNOCO HOLDINGS, LLC,<br><br>*Counter-Claimants,*<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.<br><br>*Counter-Defendant.* | |

Plaintiff Honeywell International Inc. ("Honeywell"), and Defendants Energy Transfer (R&M), LLC and ETC Sunoco Holdings LLC, (collectively, "Sunoco Defendants") were referred by the Court to mandatory mediation. *See* ECF No. 418. The mediation session took place in Miami, Florida, on December 12, 2024.

The outcome of the mandatory mediation process is that Honeywell and the Sunoco Defendants have settled, in principal, the dispute amongst them. I understand that the parties are in the process of finalizing a written settlement agreement to memorialize the terms of the settlement.

TOTAL HOURS SPENT BY MEDIATOR: 26

Dated: January 14, 2025

_____
John M. Barkett, Esq.