# Arnold&Porter

**Tyler L. Burgess**
+1 202.942.5505  Direct
Tyler.Burgess@arnoldporter.com

February 3, 2025

<u>VIA ECF</u>

Hon. Miroslav Lovric
U.S. Magistrate Judge
U.S. District Court
Northern District of New York
Binghamton U.S. Courthouse
15 Henry St.
Binghamton, NY 13901

> Re:    *Honeywell Int'l Inc. v. Buckeye Partners, L.P. et al.*, No. 5:18-cv-00646-
> FJS-ML; *Honeywell Int'l Inc. v. Energy Transfer (R&M), LLC et al.*,
> No. 5:18-cv-01176-FJS-ML (*consolidated*)

Dear Judge Lovric,

Pursuant to the Court's December 13, 2024 Text Order, ECF No. 435, Honeywell International Inc. ("Honeywell") and Energy Transfer (R&M), LLC and ETC Sunoco Holdings LLC, (collectively, "Sunoco Defendants") (together with Honeywell, "the Parties"), provide the following report:

Since the Parties' last report on December 12, 2024, ECF No. 434, the Parties have prepared a settlement agreement that is near-final. The Parties anticipate that they will execute it in the short term and file the planned stipulation of dismissal in advance of the Court's February 24, 2025, deadline set in the January 31, 2025 Text Order. ECF No. 442.

However, given the current deadline of February 10, 2025, for the close of fact and expert discovery, the Parties respectfully request that the Court issue a 30-day extension of the Court's Discovery Order for the remaining deadlines. The Parties submit that good cause exists under Federal Rule Civil Procedure 16 to support this request and that it does not affect nor impact the other parties to the consolidated case (5:18-cv-0646- (FJS/ML)), nor the deadlines associated therewith.

Sunoco Defendants consented to my filing this status report on their behalf.

Sincerely,

*/s/ Tyler L. Burgess*

# Arnold&Porter

Hon. Miroslav Lovric
February 3, 2025
Page 2

Tyler L. Burgess
ARNOLD & PORTER KAYE SCHOLER LLP
Daniel A. Cantor
Tyler L. Burgess
Seth M. Engel
Daniel.Cantor@arnoldporter.com
Tyler.Burgess@arnoldporter.com
Seth.Engel@arnoldporter.com
(202) 942-5765 (Cantor)
(202) 942-5505 (Burgess)
(202) 942-6135 (Engel)

*Attorneys for Plaintiff Honeywell International Inc.*