IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------

HONEYWELL INTERNATIONAL, INC.,

                        Plaintiff,

        v.                                No. 5:18-CV-00646 (FJS/ML)

BUCKEYE PARTNERS, L.P., *et al*.,

                        Defendants
---------------------------------------------------------------------

## **STIPULATION OF DISMISSAL**

      WHEREAS, Defendants Buckeye Partners, L.P., Buckeye GP, LLC, and Buckeye Pipe Line Company, L.P. (collectively "Buckeye") and Third-Party Defendants YAD Associates, Inc., Pyramid Company of Onondaga, Suzanne M. Congel and Douglas E. Ulrich, as Co-Executors of the Estate of Robert J. Congel, and Bruce A. Kenan (collectively, "YAD") are parties to the above-captioned action and wish to finally and fully resolve their claims against one another; and

      WHEREAS, on or about May 13, 2024, following the filing of a stipulation of dismissal (dkt. 395), by Order of the Court (dkt. 398) plaintiff Honeywell International Inc. ("Honeywell") dismissed with prejudice its complaint (dkt. 1), and each and every count and claim asserted therein, against Buckeye, and that Buckeye dismissed with prejudice its amended third-party complaint (dkt. 108), and each and every count and claim asserted therein, against third-party defendants Atlantic Richfield Company, CITGO Petroleum Corporation, Chevron Corporation, Chevron U.S.A. Inc., ExxonMobil (as defined herein), Hess Corporation, Shell Oil Company, Sunoco (R&M), LLC (n/k/a Energy Transfer (R&M), LLC), Sun Pipe Line Company, LLC; Texaco, Inc. and TRMI-H LLC (collectively, "Third-Party Defendants") and Third-Party

DM1\16743855.1

Defendants dismissed with prejudice each and every counter and cross-claim asserted either against Buckeye and/or against one another; and

WHEREAS, on or about June 3, 2024, by Order of the Court (dkt. 406), Honeywell dismissed with prejudice its action against CITGO in consolidated matter *Honeywell International Inc. v. CITGO Petroleum Corporation*, No. 5:19-CV-01219 (FJS/ML); and

WHEREAS, on or about March 6, 2025, by Order of the Court (dkt. 450), Honeywell dismissed with prejudice its action against the Sunoco Defendants in consolidated matter *Honeywell International Inc. v. Sunoco (R&M), LLC, et al.*, No. 5:18-CV-01176 (FJS/ML); and

WHEREAS, on or about June 24, 2025, by Order of the Court (dkt.457), YAD and ExxonMobil dismissed with prejudice each and every counter and cross-claim either asserted against one another; and

WHEREAS, the only remaining parties to this action are Buckeye and YAD; and

WHEREAS, Buckeye and YAD have settled their claims against one another; it is

HEREBY agreed that by partial dismissal of this action through their undersigned counsel, and, being all of the remaining parties to this action, the undersigned, who stipulate that no party hereto is an infant or incompetent, jointly stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a) that the actions, as described more fully below, be dismissed with prejudice, each party to bear their own costs, expenses, and fees.

1. Defendants Buckeye Partners, L.P., Buckeye GP, LLC, and Buckeye Pipe Line Company, L.P. (collectively "Buckeye") and Third-Party Defendants YAD Associates, Inc., Pyramid Company of Onondaga, Suzanne M. Congel and Douglas E. Ulrich, as Co-Executors of the Estate of Robert J. Congel, and Bruce A. Kenan (collectively, "YAD") hereby dismiss with prejudice each and every claim—including any and all counter-claims—asserted against one

another in this action, such that none of Buckeye's or YAD's claims against one another shall remain.

Respectfully submitted this 7th day of July, 2025.

**SO STIPULATED AND AGREED:**

**For First Third-Party Defendants YAD Associates, Inc., Pyramid Company of Onondaga, Suzanne M. Congel and Douglas E. Ulrich, as Co-Executors of the Estate of Robert J. Congel, and Bruce Kenan:**

THE WLADIS LAW FIRM, PC
*/s/ Timothy J. Lambrecht* (510390)
Kevin C. Murphy
Timothy J. Lambrecht
Christopher Baiamonte
kmurphy@wladislawfirm.com
tlambrecht@wladislawfirm.com
cbaiamonte@wladislawfirm.com
(315) 445-1700

**For Defendants Buckeye Partners, L.P., Buckeye GP, LLC, Buckeye Pipe Line Company, L.P., and Buckeye Pipe Line Holdings, L.P.:**
HANCOCK ESTABROOK, LLP
*/s/ James O'Shea* (516403)
John G. Powers
James O'Shea
jpowers@hancocklaw.com
joshea@hancocklaw.com
(315) 565-4547 (Powers)
(315) 565-4545 (O'Shea)

**IT IS SO ORDERED.**

_____
Frederick J. Scullin, Jr.
Senior United States District Judge
Date:      July 11      , 2025

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 7, 2025, I filed the foregoing document electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                                                /s/ James J. O'Shea
                                                   James J. O'Shea